# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al.

Case Number: 23-cv-1887

An appearance is hereby filed by the undersigned as attorney for:
Commodity Futures Trading Commission

Attorney name (type or print): Joseph C. Platt

Firm: Commodity Futures Trading Commission, Division of Enforcement

Street address: 77 West Jackson Blvd., Suite 800

City/State/Zip: Chicago, IL 60604

Bar ID Number: IL ARDC No. 6317731
(See item 3 in instructions)

Telephone Number: 312-596-0562

Email Address: jplatt@cftc.gov

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 27, 2023

Attorney signature: S/ Joseph C. Platt
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015