## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al       Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:
Samuel Lim

Attorney name (type or print): Megan Cunniff Church

Firm: MoloLamken LLP

Street address: 300 N. LaSalle St.

City/State/Zip: Chicago, IL

Bar ID Number: IL ARDC No. 6281234       Telephone Number: (312) 450-6716
(See item 3 in instructions)

Email Address: mchurch@mololamken.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.       ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/24/2023

Attorney signature: S/ Megan Cunniff Church
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015