# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al

Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:

Samuel Lim

Attorney name (type or print): Kenneth E. Notter III

Firm: MoloLamken LLP

Street address: 300 N. LaSalle St.

City/State/Zip: Chicago, IL

Bar ID Number: IL ARDC No. 1708367
(See item 3 in instructions)

Telephone Number: (202) 893-6476

Email Address: knotter@mololamken.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/24/2023

Attorney signature: S/ Kenneth E. Notter III

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015