# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al.

Case Number: 1:23-CV-01887

An appearance is hereby filed by the undersigned as attorney for:

Binance Holdings Ltd., Binance Holdings (IE) Ltd., Binance (Services) Holdings Ltd.

Attorney name (type or print): John K. Theis

Firm: Riley Safer Holmes & Cancila LLP

Street address: 70 W. Madison Street, Suite 2900

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6287528
(See item 3 in instructions)

Telephone Number: (312) 471-8700

Email Address: jtheis@rshc-law.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 24, 2023

Attorney signature: S/ John K. Theis

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015