# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al

Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:
Defendant Changpeng Zhao

Attorney name (type or print): Kirsten C. Lee

Firm: Latham & Watkins LLP

Street address: 330 North Wabash Avenue, Suite 2800

City/State/Zip: Chicago, IL 60614

Bar ID Number: 6330011
(See item 3 in instructions)

Telephone Number: (312) 876-7700

Email Address: kirsten.lee@lw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 24, 2023

Attorney signature: S/ Kirsten C. Lee

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

*The filing of this Attorney Appearance Form is subject to the forthcoming Stipulation Regarding Service and Time To Respond to Complaint