IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Commodity Futures Trading Commission, <br><br> Plaintiff, <br><br> v. <br><br> Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim, <br><br> Defendants. | CIVIL ACTION NO: 1:23-CV-01887 <br><br> **Hon. Manish S. Shah** <br><br> **Jury Trial Demanded** |

**REQUEST FOR CLERK OF COURT TO REFUND FILING FEE**

I, Walter H Hawes IV, make this request for the Clerk of Court to refund the duplicate filing fees associated with electronic payment Receipt Numbers AILNDC-20573786 ($150) and AILNDC-20573753 ($150).

On April 25, 2023, I filed a motion for leave to appear pro hac vice in the above-referenced proceeding. *See* Dkt. 25. In conjunction with that filing, I paid the requisite $150.00 fee electronically through pay.gov (Receipt No. AILNDC-20574893). On the same date, two duplicate payments of $150.00 each were inadvertently made for the same filing (Receipt Nos. AILNDC-20573786 and AILNDC-20573753). The Clerk of Court's Office notified me on April 26, 2023, via email, of the duplicate payments. I therefore make this request for the Clerk of Court to refund the duplicate payments associated with Receipt Nos. AILNDC-20573786 and AILNDC-20573753.

1

This refund request is made pursuant to the procedures set forth in United States District Court for the Northern District of Illinois General Order 16-0020, Section III(D).

Dated: April 26, 2023                                         Respectfully submitted,

*/s/ Walter H Hawes IV*
Walter H Hawes IV*
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2005

*Attorney for Samuel Lim*

**Pro hac vice application pending*

2