IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Commodity Futures Trading Commission, | CIVIL ACTION NO: 1:23-CV-01887 |
| Plaintiff, | |
| v. | Hon. Manish S. Shah |
| Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim, | |
| Defendants. | |

**STIPULATION REGARDING**
**SERVICE AND TIME TO RESPOND TO COMPLAINT**

Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "Commission") and Defendants Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim (collectively, the "Defendants"), by and through their undersigned counsel, and subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

WHEREAS, on March 27, 2023, Plaintiff filed a Complaint for Injunctive Relief and Other Equitable Relief and Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations ("Complaint," ECF No. 1) in the above-captioned action;

WHEREAS, since filing the Complaint, Plaintiff has commenced efforts to seek waiver of service of the Summons and Complaint under Rule 4 of the Federal Rules of Civil Procedure from all Defendants; and

WHEREAS, under Rule 4(d)(3) of the Federal Rules of Civil Procedure, returning waivers would permit 90 days after the request for waiver was sent to respond to the Complaint; and

WHEREAS, each of the Defendants has agreed to waive service of the Summons and Complaint, subject to all jurisdictional defenses and objections and the terms and conditions stipulated below;

WHEREAS, this Stipulation Regarding Service and Time to Respond to Complaint is being submitted in tandem with the contemporaneously filed waivers of service;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Commission and the Defendants, by and through their undersigned counsel, as follows:

1. Subject to the provisions set forth in paragraph 3 below and the reservation of rights in paragraph 2 below, and for purposes of this action only, the Defendants agree to waive service of the Summons and Complaint.

2. Except as to the defense of insufficiency of service of process, no defense or objection of the Defendants to the claims in the above-captioned action, including without limitation defenses and objections based on lack of personal or subject matter jurisdiction, lack of standing, improper venue or Defendants having been improperly named, is prejudiced or waived by the execution of, agreement to, or filing of this stipulation or by agreeing to waive or waiving service of the Summons and Complaint.

3. The Defendants will move against, answer, or otherwise respond to the Complaint on or before July 27, 2023, or such other later date as the Court may determine is appropriate.

Dated: April 26, 2023　　　　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| */s/ Joseph Platt* | */s/ Stephanie Brooker* |

| | |
|---|---|
| Joseph Platt<br>Candice Haan<br>Elizabeth N. Pendleton<br>Scott R. Williamson<br>Robert T. Howell<br><br>Commodity Futures Trading Commission<br>Ralph Metcalfe Federal Building<br>77 West Jackson Boulevard, Suite 800<br>Chicago, Illinois 60604<br>(312) 596-0700<br>(312) 596-0714 (fax)<br><br>*Attorneys for Plaintiff*<br>*Commodity Futures Trading Commission* | Stephanie Brooker*<br>M. Kendall Day*<br>Richard Grime*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036-5306<br>Tel: 202-887-3502<br>Fax: 202-530-4216<br><br>Michael Celio*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: 650-849-5300<br>Fax: 650-849-5333<br><br>Mary Beth Maloney*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel: 212-351-4000<br>Fax: 212-351-4035<br><br>John K. Theis<br>**RILEY SAFER HOLMES & CANCILA LLP**<br>70 West Madison Street, Suite 2900<br>Chicago, Illinois 60602<br>Tel: (312) 471-8700<br><br>*Attorneys for Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited*<br><br>**pro hac vice application forthcoming* |

/s/ Douglas K. Yatter
Douglas K. Yatter*
Benjamin Naftalis*
Iris Xie*
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Heather A. Waller (ARDC No. 6302537)
Kirsten C. Lee (ARDC No. 6330011)
**LATHAM & WATKINS LLP**
330 N Wabash Ave, Suite 2800
Chicago, Illinois 60611
(312) 876-7700

*Attorneys for Changpeng Zhao*

**pro hac vice application forthcoming*

/s/ Justin V. Shur
Justin V. Shur*
**MoloLamken LLP**
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2005

Megan Cunniff Church
**MoloLamken LLP**
300 North LaSalle Street
Chicago, Illinois 60654
(312) 450-6716

*Attorneys for Samuel Lim*

**pro hac vice application forthcoming*