# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al

Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:
Defendant Changpeng Zhao

Attorney name (type or print): Douglas K. Yatter

Firm: Latham & Watkins LLP

Street address: 1271 Avenue of the Americas

City/State/Zip: New York, NY 10020

Bar ID Number: 4049409
(See item 3 in instructions)

Telephone Number: (212) 906-1200

Email Address: Douglas.Yatter@lw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 3, 2023

Attorney signature: S/ Douglas K. Yatter
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015