# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al

Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:
Defendant Changpeng Zhao

Attorney name (type or print): Benjamin Naftalis

Firm: Latham & Watkins LLP

Street address: 1271 Avenue of the Americas

City/State/Zip: New York, NY 10020

Bar ID Number: 4305249
(See item 3 in instructions)

Telephone Number: (212) 906-1200

Email Address: benjamin.naftalis@lw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 3, 2023

Attorney signature: S/ Benjamin Naftalis
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015