## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al

Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:
Defendant Changpeng Zhao

Attorney name (type or print): Hanyu (Iris) Xie

Firm: Latham & Watkins LLP

Street address: 1271 Avenue of the Americas

City/State/Zip: New York, NY 10020

Bar ID Number: 5419148
(See item 3 in instructions)

Telephone Number: (212) 906-1200

Email Address: iris.xie@lw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 3, 2023

Attorney signature: S/ Hanyu (Iris) Xie
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015