# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al.

Case Number: 1:23-CV-01887

An appearance is hereby filed by the undersigned as attorney for:

Binance Holdings Ltd., Binance Holdings (IE) Ltd., Binance (Services) Holdings Ltd.

Attorney name (type or print): Mary Beth Maloney

Firm: Gibson, Dunn & Crutcher LLP

Street address: 200 Park Avenue

City/State/Zip: New York , NY 10166

Bar ID Number: 5241302
(See item 3 in instructions)

Telephone Number: 212.351.2315

Email Address: mmaloney@gibsondunn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 5, 2023

Attorney signature: S/ Mary Beth Maloney

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015