**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Commodity Futures Trading Commission v. Zhao et al.　　Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:

Samuel Lim, defendant

Attorney name (type or print): Walter H Hawes IV

Firm: MoloLamken LLP

Street address: 600 New Hampshire Ave. N.W., Ste. 500

City/State/Zip: Washington, D.C. 20037

Bar ID Number: D.C. Bar No. 90004781　　Telephone Number: (202) 556-2013
(See item 3 in instructions)

Email Address: whawes@mololamken.com

Are you acting as lead counsel in this case?　　☐ Yes　☑ No

Are you acting as local counsel in this case?　　☐ Yes　☑ No

Are you a member of the court's trial bar?　　☐ Yes　☑ No

If this case reaches trial, will you act as the trial attorney?　　☐ Yes　☑ No

If this is a criminal case, check your status.　　☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/9/2023

Attorney signature: S/ Walter H Hawes IV

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015