# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim,<br><br>*Defendants*. | No: 1:23-CV-01887<br><br>Hon. Manish S. Shah |

## NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited, provide the following notifications as to affiliates.

The affiliates of Defendant Binance Holdings Limited are: Defendants Binance (Services) Holdings Limited and Changpeng Zhao.

The affiliate of Defendant Binance Holdings (IE) Limited is: Defendant Changpeng Zhao.

The affiliate of Defendant Binance (Services) Holdings Limited is: Defendant Changpeng Zhao.

Dated: May 22, 2023

Respectfully submitted,

/s/ Michael Celio

Stephanie Brooker (*pro hac vice*)
M. Kendall Day (*pro hac vice*)
Richard Grime (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel: 202-887-3502
Fax: 202-530-4216

Michael Celio (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: 650-849-5300
Fax: 650-849-5333

Mary Beth Maloney (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: 212-351-4000
Fax: 212-351-4035

John K. Theis
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Tel: (312) 471-8700

*Attorneys for Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on May 22, 2023, which will send notification of the filing to all counsel of record.

                                                      */s/ Michael Celio*
                                                      Michael Celio