IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim,<br><br>*Defendants*. | No: 1:23-CV-01887<br><br>**Hon. Manish S. Shah** |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited, notify the Court that:

Defendant Binance Holdings (IE) Limited has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Defendant Binance (Services) Holdings Limited has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Defendant Binance Holdings Limited's parent corporation is Binance (Services) Holdings Limited, and no publicly held corporation owns 10% or more of its stock.

Dated: May 22, 2023

Respectfully submitted,

/s/ Michael Celio

Stephanie Brooker (*pro hac vice*)
M. Kendall Day (*pro hac vice*)
Richard Grime (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel: 202-887-3502
Fax: 202-530-4216

Michael Celio (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Tel: 650-849-5300
Fax: 650-849-5333

Mary Beth Maloney (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: 212-351-4000
Fax: 212-351-4035

John K. Theis
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Tel: (312) 471-8700

*Attorneys for Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on May 22, 2023, which will send notification of the filing to all counsel of record.

                                                    */s/ Michael Celio*
                                                    Michael Celio