**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>     *Plaintiff*,<br><br>  v.<br><br>Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim,<br><br>     *Defendants*. | No: 1:23-CV-01887<br><br>**Hon. Manish S. Shah** |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  PLEASE TAKE NOTICE that effective July 24, 2023, the Palo Alto office of Gibson, Dunn & Crutcher LLP will have a new address as follows: Gibson, Dunn & Crutcher LLP, 310 University Avenue, Palo Alto, CA 94301. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

DATED: July 12, 2023

                */s/ Michael D. Celio*
                Michael Celio (*pro hac vice*)
                Email: mcelio@gibsondunn.com
                Gibson, Dunn & Crutcher LLP
                310 University Avenue
                Palo Alto, CA 94301
                Tel: 650-849-5326

                *Attorneys for Binance Holdings Limited,
                Binance Holdings (IE) Limited, Binance
                (Services) Holdings Limited*