# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim,<br><br>Defendants. | Case No. 1:23-cv-1887<br><br>Judge Manish S. Shah |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 27, 2023 at 9:45 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants will appear before the Honorable Manish S. Shah of the United States District Court for the Northern District of Illinois in Courtroom 1919 at 219 South Dearborn Street, Chicago, Illinois and present the Defendants' Unopposed Motion for Leave to File Excess Pages.

| | |
|---|---|
| Dated: July 24, 2023 | Respectfully submitted,<br><br>/s/ Michael Celio<br>Michael Celio*<br>Jessica Valenzuela*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>310 University Avenue<br>Palo Alto, CA 94301<br>Tel: 650-849-5300<br>Fax: 650-849-5333<br><br>Stephanie Brooker*<br>M. Kendall Day*<br>Richard Grime*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036-5306<br>Tel: 202-887-3502<br>Fax: 202-530-4216<br><br>Mary Beth Maloney*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel: 212-351-4000<br>Fax: 212-351-4035<br><br>John K. Theis<br>Erin P. Gasparka<br>**RILEY SAFER HOLMES & CANCILA LLP**<br>70 West Madison Street, Suite 2900<br>Chicago, Illinois 60602<br>Tel: 312-471-8700<br><br>*Admitted pro hac vice<br><br>*Attorneys for Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited* |

/s/ Douglas K. Yatter
Douglas K. Yatter*
Benjamin Naftalis*
Iris Xie*
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Heather A. Waller (ARDC No. 6302537)
Kirsten C. Lee (ARDC No. 6330011)
**LATHAM & WATKINS LLP**
330 N Wabash Ave, Suite 2800
Chicago, Illinois 60611
(312) 876-7700

*Admitted pro hac vice

*Attorneys for Changpeng Zhao*


/s/ Justin V. Shur
Justin V. Shur*
Walter H Hawes IV*
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2005

Megan Cunniff Church
Kenneth E. Notter III
**MOLOLAMKEN LLP**
300 North LaSalle Street
Chicago, Illinois 60654
(312) 450-6716

Catherine Martinez*
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
(212) 607-8152

*Admitted pro hac vice

*Attorneys for Samuel Lim*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Erin P. Gasparka*
Erin P. Gasparka
