# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Commodity Futures Trading Commission

          Plaintiff,

v.                                   Case No.: 1:23−cv−01887
                                       Honorable Manish S. Shah

Changpeng Zhao, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' motions to dismiss are due 7/27/23. Plaintiff's response is due 9/22/23 (and plaintiff may use up to 50 pages in collective response). Defendants' replies are due 10/23/23, and defendants may collectively use up to 35 pages in reply. Discovery is stayed while the parties brief the motions to dismiss and while the motions are under advisement. After the court reviews the briefs, it may lift the discovery stay. Any request for early jurisdictional discovery must be made by written motion and noticed for in−person presentment on the court's regular motion call. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.