IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, <br><br> Plaintiff, <br><br> v. <br><br> Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim, <br><br> Defendants. | Case No. 1:23-cv-1887 <br><br> Judge Manish S. Shah <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

**BINANCE HOLDINGS LIMITED, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, AND <u>CHANGPENG ZHAO'S MOTION TO DISMISS</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited (the "Foreign Binance Entities"), and Changpeng Zhao, through their undersigned attorneys, respectfully move this Court to dismiss the complaint filed by the Commodity Futures Trading Commission ("CFTC") (ECF No. 1). For the reasons stated in the concurrently filed brief in support, the CFTC's claims against the Foreign Binance Entities and Mr. Zhao should be dismissed for at least four reasons. First, the CFTC failed to plead that any of the moving parties is subject to personal jurisdiction. Second, Counts I through VI should be dismissed as impermissibly extraterritorial. Third, the CFTC failed to plead the elements necessary to bring claims under Counts I, III, V, and VI. Finally, the Court should dismiss Count VII's novel assertion of "anti-evasion" under 17 C.F.R. § 1.6 because the CFTC does not identify any statute or regulation related to swaps that the moving parties allegedly sought to evade, let alone by willful conduct. The CFTC opposes this motion.

Dated: July 27, 2023

Respectfully submitted,

/s/ *Michael Celio*
Michael Celio*
Jessica Valenzuela*
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Tel: 650-849-5300
Fax: 650-849-5333

Stephanie Brooker*
M. Kendall Day*
Richard Grime*
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-887-3502
Fax: 202-530-4216

Mary Beth Maloney*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: 212-351-4000
Fax: 212-351-4035

John K. Theis (ARDC No. 6287528)
Erin P. Gasparka (ARDC No. 6320655)
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312-471-8700

*Admitted pro hac vice

*Attorneys for Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited*

-3-

                    */s/ Douglas K. Yatter*
Douglas K. Yatter\*
Benjamin Naftalis\*
Iris Xie\*
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1200

Heather A. Waller (ARDC No. 6302537)
Kirsten C. Lee (ARDC No. 6330011)
**LATHAM & WATKINS LLP**
330 N Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700

\*Admitted pro hac vice

*Attorneys for Changpeng Zhao*

-3-

BINANCE HOLDINGS LIMITED, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, AND CHANGPENG ZHAO'S MOTION TO DISMISS – CASE NO. 1:23-cv-1887

## CERTIFICATE OF SERVICE

I certify that on July 27, 2023, I electronically filed the foregoing motion with the Clerk of the United States District Court, Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the registered CM/ECF participants.

                                              */s/ Michael Celio*
                                              Michael Celio

                                              *Attorney for Binance Holdings Limited,*
                                              *Binance Holdings (IE) Limited, Binance*
                                              *(Services) Holdings Limited*