IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, | |
| Plaintiff, | No. 1:23-cv-1887 |
| v. | |
| Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim, | Hon. Manish S. Shah |
| Defendants. | |

## SAMUEL LIM'S MOTION TO DISMISS

Samuel Lim moves under Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff Commodity Futures Trading Commission's claims against Mr. Lim (Dkt. 1).

As the accompanying memorandum of law explains, dismissal is warranted because the complaint fails to establish that Mr. Lim is subject to this Court's jurisdiction and because the complaint's claims against Mr. Lim are impermissibly extraterritorial. Moreover, Mr. Lim joins fully in the other Defendants' arguments regarding the many other problems with the complaint.

1

Dated: July 27, 2023

Respectfully submitted,

/s/ *Justin V. Shur*
Justin V. Shur (admitted *pro hac vice*)
Walter H Hawes IV (admitted *pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2005
jshur@mololamken.com
whawes@mololamken.com

Megan Cunniff Church
Kenneth E. Notter III
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 450-6716
mchurch@mololamken.com
knotter@mololamken.com

Catherine Martinez (admitted *pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
(212) 607-8152
cmartinez@mololamken.com

*Attorneys for Samuel Lim*

## **CERTIFICATE OF SERVICE**

I certify that on July 27, 2023, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Justin V. Shur*
Justin V. Shur