# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commodity Futures Trading Commission v. Zhao et al.

Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:

Binance Holdings Ltd.; Binance Holdings (IE) Ltd.; Binance (Services) Holdings Ltd.

Attorney name (type or print): Jeffrey L. Steiner

Firm: Gibson, Dunn & Crutcher LLP

Street address: 1050 Connecticut Ave. NW

City/State/Zip: Washington, DC 20036

Bar ID Number: 496513
(See item 3 in instructions)

Telephone Number: 202-887-3632

Email Address: jsteiner@gibsondunn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/05/2023

Attorney signature: S/ Jeffrey L. Steiner

(Use electronic signature if the appearance form is filed electronically.)