# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: CFTC v Zhao et al  Case Number: 1:23-cv-01887

An appearance is hereby filed by the undersigned as attorney for:
Samuel Lim

Attorney name (type or print): Eugene A. Sokoloff

Firm: MoloLamken LLP

Street address: 300 N. LaSalle St., Ste. 5350

City/State/Zip: 60654

Bar ID Number: 6339944　　　Telephone Number: 3126398410
(See item 3 in instructions)

Email Address: esokoloff@mololamken.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2023

Attorney signature: S/ Eugene A. Sokoloff
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023