# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission, *Plaintiff*, v. Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim, *Defendants*. | Case No. 1:23-cv-1887 Judge Manish S. Shah |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Defendants Binance Holding Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (the "Binance Defendants") respectfully request that the appearance of Erin Gasparka on their behalf be withdrawn. The undersigned attorney from the firm of Riley Safer Holmes & Cancila LLP will remain as local counsel for the Binance Defendants.

Dated: October 23, 2023

Respectfully submitted,

/s/ *John K. Theis*

John K. Theis
**Riley Safer Holmes & Cancilla LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
jtheis@rshc-law.com
Tel: 312-471-8700

1