## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Commodity Futures Trading Commission

                                        Plaintiff,

v.                                                        Case No.: 1:23−cv−01887

                                                                        Honorable Manish S. Shah

Changpeng Zhao, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

       MINUTE entry before the Honorable Manish S. Shah: Enter Consent Order as to Defendant Lim. Enter Consent Order as to Defendant Changpeng Zhao and the Binance Defendants. The motions to dismiss [58] [60] are terminated as moot. All deadlines are terminated. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.