IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited, and Samuel Lim,<br><br>Defendants. | Case No. 1:23-cv-1887<br><br>Judge Manish S. Shah |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 23, 2024 at 9:45 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited will appear before the Honorable Manish S. Shah of the United States District Court for the Northern District of Illinois in Courtroom 1919 at 219 South Dearborn Street, Chicago, Illinois and present those Defendants' Unopposed Motion to Amend Consent Order (Dkt. 81).

Dated: January 11, 2024  Respectfully submitted,

/s/ *Stephanie Brooker*

Stephanie Brooker*
M. Kendall Day*
Richard Grime*
Helgi Walker*
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202-887-3502
Fax: 202-530-4216

Marshall King*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel: 212-351-4000
Fax: 212-351-4035

John K. Theis (ARDC No. 6287528)
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312-471-8700

*Admitted pro hac vice

*Attorneys for Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited*

*/s/ Douglas K. Yatter*
Douglas K. Yatter*
Benjamin Naftalis*
Iris Xie*
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1200

Heather A. Waller (ARDC No. 6302537)
Kirsten C. Lee (ARDC No. 6330011)
**LATHAM & WATKINS LLP**
330 N Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: 312-876-7700

*Admitted pro hac vice

*Attorneys for Changpeng Zhao*

-3-

BINANCE HOLDINGS LIMITED, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, AND CHANGPENG ZHAO'S NOTICE OF UNOPPOSED MOTION TO AMEND CONSENT ORDER – CASE NO. 1:23-cv-1887